AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Harrison, Marian F. | 2. Court or Organization<br><br>U.S. Bankrutpcy Court-TN-M | 3. Date of Report<br><br>5/9/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankrutpcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court
232 Customs House-701 Broadway
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Treasurer, Executive Committee Member | National Conference of Bankruptcy Judges |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harrison, Marian F. | 5/9/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NCBJ | 04/12/2015 - 04/14/2015 | San Antonio, TX | Mid-Year Meeting | Transportation, lodging, food |
| 2. | NCBJ | 09/25/2015 - 09/30/2015 | Miami, FL | Annual Meeting | Transportation, lodging, food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harrison, Marian F. | 5/9/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual | Insurance Policy Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harrison, Marian F. | 5/9/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Coca Cola Stock | A | Dividend | J | T | | | | | |
| 2.   UBS Bank USA Deposit Acct. | | None | J | T | | | | | |
| 3.   John Hancock Policy | | None | J | T | | | | | |
| 4.   Northwestern Mutual Policy - Whole Life | C | Dividend | L | T | | | | | |
| 5.   Savings Account- U.S. Community Credit Union | A | Interest | J | T | | | | | |
| 6.   SunTrust Checking Account #1 | | None | J | T | | | | | |
| 7.   SunTrust Checking Account #2 | | None | J | T | | | | | |
| 8.   UBS Bank USA Dep. Acct. - IRA | A | Interest | K | T | | | | | |
| 9.   Henderson Global Invest. Int'l Opport. Fund A - IRA | B | Dividend | L | T | Sold (part) | 07/24/15 | J | B | |
| 10.  Fidelity Adv. Strateg. Inc. Fund Class A - IRA | B | Dividend | K | T | Buy (add'l) | 07/24/15 | J | | |
| 11.  UBS Pace Money Mkt. Fund Class P - IRA | A | Dividend | J | T | | | | | |
| 12.  Oppenheimer Int'l Bond Fd. Class A - IRA | B | Dividend | K | T | Buy (add'l) | 07/24/15 | J | | |
| 13.  Apple, Inc. - IRA | A | Dividend | K | T | Sold (part) | 11/05/15 | K | D | |
| 14.  Touchstone Mid Cap Growth Fund Class A IRA | B | Dividend | K | T | | | | | |
| 15.  Alphabet, Inc. - IRA - Class A (formerly known as Google) | | None | K | T | | | | | |
| 16.  Alphabet, Inc. - IRA - Class C (formerly known as Google) | | None | K | T | Sold (part) | 05/04/15 | J | A | |
| 17.  Johnson & Johnson - IRA | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harrison, Marian F. | 5/9/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NY Times Co. - IRA | A | Dividend | J | T | | | | | |
| 19. Mainstay Funds Hi Yld Corp. Bond A - IRA | A | Dividend | J | T | | | | | |
| 20. Alger Spectra Fund Class A - IRA | B | Dividend | K | T | | | | | |
| 21. Parnassus Fund - IRA | C | Dividend | K | T | | | | | |
| 22. Royce Special Equity Fund - IRA | | None | | | Sold | 07/24/15 | K | | |
| 23. Virtus Prem Alpha Sector Fund - IRA | | None | | | Sold | 07/24/15 | K | | |
| 24. Blackrock Global Alloc Fund A - IRA | C | Dividend | L | T | | | | | |
| 25. BHP Billiton LTD Spon Adr - IRA | A | Dividend | | | Sold | 07/28/15 | J | | |
| 26. South 32 LTD - IRA Spinoff of BHP Billiton | | None | | | Spinoff (from line 25) | 05/29/15 | J | | See Note in Part VIII |
| 27. South 32 LTD - IRA Spinoff of BHP Billiton | | None | | | Sold | 07/28/15 | J | | |
| 28. Siemens A.G. Spon Adr - IRA | A | Dividend | K | T | | | | | |
| 29. Natixis Vaughan Nelson Value Opp Fund Class Y - IRA | A | Dividend | K | T | Buy | 07/24/15 | K | | |
| 30. Sun America Focused Div Strategy Class W - IRA | B | Dividend | K | T | Buy | 07/24/15 | K | | |
| 31. Whole Foods MKT - IRA | A | Dividend | J | T | Buy | 08/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harrison, Marian F. | 5/9/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 26 - BHP Billiton spun off .40 to 1 shares in South 32 LTD Spon Adr in a demerger on 5/29/2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marian F. Harrison**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544